Eastern District of Kentucky
FILED
NOV 17 2016
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 2:16-CR-47-ART

**WILLIAM J. MILLER**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 2252(a)(1)**

On or about July 9, 2015, in Kenton County, in the Eastern District of Kentucky,

**WILLIAM J. MILLER**

did knowingly transport and ship visual depictions, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, using a means or facility of interstate and foreign commerce, that is, the internet, all in violation of 18 U.S.C. § 2252(a)(1).

**COUNT 2**
**18 U.S.C. § 2252(a)(4)(B)**

On or about October 29, 2015, in Kenton County, in the Eastern District of Kentucky,

**WILLIAM J. MILLER**

did knowingly possess one or more matters, which contained a visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

**A TRUE BILL**

**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not less than 5 nor more than 20 years' imprisonment, a $250,000 fine, and supervised release for not less than 5 years and up to life.

**COUNT 2:** Not more than 10 years' imprisonment, a $250,000 fine, and supervised release for not less than 5 years and up to life.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.