Eastern District of Kentucky
**FILED**

NOV 17 2016

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CRIMINAL ACTION NO. 16-47-ART

UNITED STATES OF AMERICA     PLAINTIFF

V.     **MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT**

WILLIAM J. MILLER     DEFENDANT

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **WILLIAM J. MILLER**, returnable forthwith.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: _____/s/ for_____
Elaine K. Leonhard
Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, Kentucky 41017
(859) 652-7035
FAX (859) 655-3211