UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Criminal Minutes - Motion Hearing and Status Conference

Cr. No. 16-47-ART-CJS     at COVINGTON                                                     04/12/2017

U.S. vs. **WILLIAM J. MILLER**                          X  Present     X  Bond

PRESENT:   **HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

**Linda Tierney**         KYED-COV_2-16-cr-47-ART-CJS_20170412_135407
Deputy Clerk              Audio File Number

I, Linda S. Tierney, CERTIFY the official record of this proceeding is an audio file.

**Elaine Leonhard**        **Eric Eckes**
Assistant U.S. Attorney    Attorney for Defendant          X  Present     X  Appointed

**PROCEEDINGS:**   MOTION HEARING and STATUS CONFERENCE

Case called for oral argument on Defendant's Motion to Suppress and follow-up Status Conference to discuss activities since the April 5 status conference. Counsel inform that communications continue in progress to coordinate arrangements for Defendant's computer forensic expert to access the evidence. After discussion, counsel agree to file a status report or motion for status conference once the expert examination arrangements have been made and defense counsel has more detailed information from his expert as to how much time will be needed to conduct the examination and complete the associated consultation and reporting. Upon the filing of that status report or motion, scheduling of a trial date will be addressed.

As to the oral argument portion of this proceeding, defense counsel began his presentation on the suppression motion; however, the proceeding was recessed and the oral argument continued, without objection, until next week due to an unforeseen medical circumstance arising in the course of counsel's presentation. Accordingly, **IT IS ORDERED** that:

1. **Oral argument** on Defendant's Motion to Suppress (R. 27) is **continued** until **Wednesday, April 19, 2017, at 2:00 p.m.** before the undersigned, and

2. Defendant to remain on bond and conditions of release.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

TIC: 35 mins.

USA/USPO/USM/CJA/E. Eckes                                         Deputy Clerk Init.  **lst**

J:\DATA\Orders\criminal cov\2016\16-47-ART-CJS st conf & oa mins 4-12-17.wpd