UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON
Criminal Minutes - Motion Hearing (Oral Argument on Motion to Suppress)

Cr. No. 16-47-ART-CJS     at COVINGTON                                      04/19/2017

U.S. vs. **WILLIAM J. MILLER**                              __X__ Present   __X__ Bond

PRESENT:    **HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

**Linda Tierney**         **KYED-COV_2-16-cr-47-ART-CJS_20170419_135702**
Deputy Clerk              Audio File Number

I, Linda S. Tierney, CERTIFY the official record of this proceeding is an audio file.

**Elaine Leonhard**       **Eric Eckes**
Assistant U.S. Attorney   Attorney for Defendant         __X__ Present   __X__ Appointed

**PROCEEDINGS:**   **MOTION HEARING (Oral Argument on Motion to Suppress)**

   Case called for Oral Argument on Defendant's Motion to Suppress (R. 27), at which time counsel for the parties completed their oral argument presentations on the Motion. The Court having heard from counsel; accordingly,

   **IT IS ORDERED** that:

   1.   Defendant's Motion to Suppress (R. 27) is **taken under advisement** pending the filing of a Report and Recommendation; and

   2.   Defendant to remain on bond and conditions of release.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

TIC:   1 hour 12 mins.

USA/USPO/USM/CJA/E. Eckes                                       Deputy Clerk Init. **lst**

J:\DATA\Orders\criminal cov\2016\16-47-ART-CJS oa mins 4-19-17.wpd