UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

Eastern District of Kentucky
FILED
JAN 18 2018
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL NO. 16-47-DLB-CJS

UNITED STATES OF AMERICA . . . . . . . . . . . . . . . . . . . . . . . . . PLAINTIFF

VS.   **VERDICT FORM**

WILLIAM J. MILLER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WE, THE JURY, FIND THE DEFENDANT, WILLIAM J. MILLER, AS TO:

COUNT 1
Receipt of Child Pornography          GUILTY ✓          NOT GUILTY ____

COUNT 2
Distribution of Child Pornography     GUILTY ✓          NOT GUILTY ____

COUNT 3
Distribution of Child Pornography     GUILTY ✓          NOT GUILTY ____

COUNT 4
Distribution of Child Pornography     GUILTY ✓          NOT GUILTY ____

COUNT 5
Distribution of Child Pornography     GUILTY ✓          NOT GUILTY ____

COUNT 6
Distribution of Child Pornography     GUILTY ✓          NOT GUILTY ____

COUNT 7
Possession of Child Pornography   GUILTY ✓   NOT GUILTY ____

January 18, 2018                        57
Date                                    Foreperson