IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CRIMINAL CASE NO. 2:16-CR-47-ART

UNITED STATES OF AMERICA,                    PLAINTIFF,

v.

WILLIAM MILLER,                              DEFENDANT.

## NOTICE OF APPEAL

Now comes the Defendant, William Miller, by and through counsel, and hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgement pronounced on May 29, 2018.

Respectfully submitted,

/s/ Eric G. Eckes
ERIC G. ECKES
Pinales, Stachler, Young, Burrell & Crouse Co., LPA
455 Delta Ave., Suite 105
Cincinnati, Ohio 45226
(513) 252-2723
(513) 252-2751 (fax)
eeckes@pinalesstachler.com

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing document was provided via the Court's electronic filing system upon the parties of record, on the 31st day of May, 2018.

/s/ Eric G. Eckes
Eric G. Eckes