UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 16-47-DLB-CJS

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                             **MEMORANDUM ORDER**

WILLIAM J. MILLER                                                                            DEFENDANT

*****************

Defendant William J. Miller has filed a Motion requesting sentencing relief pursuant to the recent amendments to Chapter 4 of the sentencing guidelines. (Doc. # 144). Those amendments went into effect on November 1, 2023.

In his Motion, Defendant asserts that he is eligible for relief under the so-called "zero-point offenders" amendment, U.S.S.G. § 4C1.1. (*See id*.). Unfortunately for Defendant Miller, he is not eligible for sentencing relief, and his Motion will be **denied**.

The zero-point offenders guideline provides that defendants who have zero criminal history points and meet certain other criteria are eligible for an additional two-level reduction to their offense level. U.S.S.G. § 4C1.1. Part B of Amendment 821 amended U.S.S.G. § 4C1.1 to provide for a decrease of two levels from the offense level determined under Chapters Two and Three for those defendants who did not receive any criminal history points and whose offense of conviction did not include certain aggravating factors. One of the aggravating factors identified in the revised guideline is that the offense of conviction is a "sex offense." *Id*. § 4C1.1(a)(5).

1

Here, the Defendant's offenses of conviction are clearly "sex offenses" as they involved the receipt, distribution, and possession of child pornography. (Doc. # 88). At his trial, the United States presented evidence of hundreds of images and videos of child pornography, some of which depicted minors under the age of ten and included depictions of violence/humiliation and sexual abuse. For that reason, Defendant Miller does not meet the criteria for relief under Amendment 821.

Accordingly, he is not eligible for relief pursuant to the zero-point offenders amendment. For these reasons, Defendant's Motion (Doc. # 144) is **DENIED**.

This 22nd day of October, 2024.

Signed By:
*David L. Bunning*
United States District Judge

G:\Judge-DLB\DATA\ORDERS\Amendment 821 Orders\Orders denying or granting Amendment 821 relief\William Miller 16-47 Order Denying DE 144.docx